IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             CASE NO. 1:22-cv-3-RH-GRJ

STEVEN LIPMAN,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Pending before the Court is a Joint Motion for Entry of Consent Judgment submitted by parties in this action concerning unpaid federal income taxes.  ECF No. 7.  For the reasons that follow, the undersigned respectfully **RECOMMENDS** that the motion should be **GRANTED**.

On January 4, 2022, the Government initiated this action by filing a complaint for unpaid federal income taxes that had been assessed against Defendant for the 2009–2014, 2016, and 2018 tax years.  ECF No. 1 at ¶ 1.  As of December 6, 2021, Defendant owed $249,377.91, plus further interest and statutory additions from that date, less any credits, including payments.  *Id*. at ¶¶ 5, 7.  After executing a waiver of service, Defendant requested additional time to respond to the complaint and indicated he was

engaged in settlement negotiations with the Government. ECF Nos. 4, 5. The Court granted the extension. ECF No. 6.

On April 13, 2022, litigants filed their Joint Motion for Entry of Consent Judgment. ECF No. 7. In the motion, Defendant consents to entry of judgment against him and in favor of the Government in the amount of $251,915.73 as of April 4, 2022, less payments, abatements, and credits, plus interest and statutory additions accruing from that date to the date of payment, as permitted by law. *Id*. at 2.

"An assessment 'amounts to an IRS determination that a taxpayer owes the [f]ederal [g]overnment a certain amount of unpaid taxes,' and is 'entitled to a legal presumption of correctness' . . . ." *United States v. Stein*, 881 F.3d 853, 854–55 (11th Cir. 2018) (quoting *United States v. Fior D'Italia, Inc.*, 536 U.S. 238, 242 (2002)). Here, in addition to the legal presumption of correctness that attaches to the assessments against Defendant, Defendant has consented to the entry of judgment after being permitted additional time to respond to the Government's complaint. Nothing has been raised to call into question the agreement reached by litigants.

Upon due consideration and in light of the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. The Joint Motion for Entry of Consent Judgment, ECF No. 7, should be **GRANTED**;

2. Judgment as consented by litigants should be **ENTERED** in the amount of $251,915.73 as of April 4, 2022, less payments, abatements, and credits, plus interest and statutory additions accruing from that date to the date of payment according to law; and

3. The Clerk should be **DIRECTED** to enter judgment accordingly and close the file.

**IN CHAMBERS** at Gainesville, Florida this 25th day of April 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**