# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.  1:22cv3-RH-GRJ

STEVEN M. LIPMAN,

    Defendant.

_____/

## ORDER FOR ENTRY OF JUDGMENT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The joint motion for entry of consent judgment, ECF No. 7, is granted.

3. The clerk must enter judgment in favor of the United States against the defendant Steven M. Lipman in the amount of $251,915.73 as of April 4, 2022,

less payments, abatements, and credits, plus interest and statutory additions accruing from that date to the date of payment according to law.

    4. The clerk must close the file.

    SO ORDERED on June 18, 2022.

s/Robert L. Hinkle<br>
United States District Judge